**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Holiday Creations Pro, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-2877259 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4417 SE 16th Pl <br> Number   Street | 20 Henderson Ave <br> Number   Street |
| Unit 13 | P.O. Box |
| Cape Coral   FL   33904 <br> City   State   ZIP Code | Joliet   IL   60432 <br> City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Lee County <br> County | Number   Street <br> <br> City   State   ZIP Code |

5. **Debtor's website** (URL)   hclights.com

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Holiday Creations Pro, Inc.**  Case number (*if known*) _____
  Name

| | |
|---|---|
| 7. **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>_____ |
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                      MM / DD / YYYY<br>       District _____  When _____  Case number _____<br>                                      MM / DD / YYYY |
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.  Debtor **Artistic Holiday Designs, LLC**  Relationship **Affiliate**<br>       District **Middle District of Florida**  When **01/29/2025**<br>                                          MM / DD / YYYY<br>       Case number, if known **Pending** |

Debtor  Holiday Creations Pro, Inc.  
 _____  
 Name

Case number (*if known*)_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
 Number   Street

_____  

_____  
 City                         State    ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____  
Contact name _____  
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  
☐ 1,000-5,000  
☐ 5,001-10,000  
☐ 10,001-25,000  
☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000  
☐ $50,001-$100,000  
☑ $100,001-$500,000  
☐ $500,001-$1 million  
☐ $1,000,001-$10 million  
☐ $10,000,001-$50 million  
☐ $50,000,001-$100 million  
☐ $100,000,001-$500 million  
☐ $500,000,001-$1 billion  
☐ $1,000,000,001-$10 billion  
☐ $10,000,000,001-$50 billion  
☐ More than $50 billion

Debtor __Holiday Creations Pro, Inc._____   Case number (*if known*)_____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/29/2025
             MM / DD / YYYY

✗ /s/ Derek Norwood                            Derek Norwood
Signature of authorized representative of debtor    Printed name

Title  CEO

**18. Signature of attorney**

✗ /s/ Michael Dal Lago                         Date  01/29/2025
Signature of attorney for debtor                     MM / DD / YYYY

Michael Dal Lago
Printed name

Dal Lago Law
Firm name

999 Vanderbilt Beach Rd. Suite 200
Number    Street

Naples                                         FL        34108
City                                           State     ZIP Code

2395716877                                     mike@dallagolaw.com
Contact phone                                  Email address

102185                                         FL
Bar number                                     State

United States Bankruptcy Court
Middle District of Florida

In re: Holiday Creations Pro, Inc.

Case No.

Chapter  11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  01/29/2025

/s/ Derek Norwood
Signature of Individual signing on behalf of debtor

CEO
Position or relationship to debtor

A & A Contracting Services Inc
1452 w. 71st.place
Chicago , IL 60636

Alex Alvarez
143 Spring leaf Dr.
Bolingbrook , IL 60440

Cicero Transportation
123 Lake St
Cicero , IL 60804

City of Joliet Municipal Service
PO Box 5001
Joliet , IL 60434

City Rent A Truck
15435 S. HIGHWAY 169
Olathe, KS 33904

CMA CGM (America) LLC
One CMA CGM Way
Norfolk, VA 23502

Cosimo Barabba
165 Euclid Ave
Bloomingdale, IL 60108

Cosmos Transportation Inc
165 Euclid Ave
Bloomingdale, IL 60108

Craig Bachman Imports, Inc.
281 Ontario St
Frankfort , IL 60423

Custom Truck One Source, L.P
7701 E. 24 Highway
Kansas City, MO 64125

Envoy Logistics
PO Box 2803
Oshkosh, WI 54903

Fox Valley Fire and Safety
2730 Pinnacle Dr
Elgin , IL 60124

Holiday Radiance Lights
7040 Avenida Encinas
Carlsbad, CA 92011

Jeffrey Duncan
6417 107th St.
Pleasant Prarie, WI 53158

Jordan Murry
1913 30th St
Kenosha, WI 53140

Kuehne & Nagel Inc Chicago
1001 Busse RD
Elk Grove Village , IL 60007

Leo Rios
610 S. Lincoln Ave
Aurora , IL 60505

Magdiel Hurtado
5403 W. 30th Street
Cicero, IL 60804

MEP Capital Holdings III, L.P.
244 Madison Ave #1214
New York, NY 10016

Nicor
PO Box 5407
Carol Stream , IL 60197

Pekin Insurance
505 Court Street
Pekin, IL 61558

PeopleLink LLC
431 East Colfax Suite 200
South Bend, IN 46617

Pomp's Maintenance
22635 S Thomas Dillon Dr
Channahon, IL 60410

Redwood Multimodal
1765 N. Elston Ave Suite 216
Chicago , IL 60642

Reinders Inc.
PO Box 78955
Milwaukee, WI 53278


Robert Bohnen
3447 Daisy Ln
Racine, WI 53405


Scott Zimmerman
10 N. 939 Hawthorne Street
Elgin, IL 60123


Shell Small Business
PO Box 6293
Carol Stream , IL 60197


Speedway
PO Box 6293
Carol Stream , IL 60197


Sprint Logistics, LLC
5575 NW 36th Street
Miami Springs, FL 33166


Sprint Logistics, LLC
c/o CUETO LAW GROUP, P.L.
2100 Ponce de Leon Blvd #1250
Miami, FL 33146


Sunbelt Rentals, Inc
P.O. Box 409211
Atlanta, GA 30384


Targeted Lending Co., LLC
5500 Main Street
300
Williamsville, NY 14221


U.S. Small Business Administration
2 North Street, Ste 320
Birmingham, AL 35203


West Michigan Transport
2350 112th Ave.
Holland, MI 49424